UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2018 SEP 12  PM 5: 13

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HYATTE, | ) | CAUSE NO. 1:17-cr-0222-JMS-TAB-02 |
| LANCE L. HATCHER, JR., | ) | -03 |
| a/k/a Mont Mont, | ) | |
| NATHANIEL DIXSON, | ) | -04 |
| a/k/a Dog, | ) | |
| DEREK ATWATER, | ) | -06 |
| a/k/a Shorty, | ) | |
| ROBERT LISENBY, JR., | ) | -07 |
| a/k/a Russ, | ) | |
| JOHN E. BELL, | ) | -09 |
| SHEMILAH D. CROWE, | ) | -10 |
| JAMES O. BEASLEY, | ) | -11 |
| a/k/a Jake, | ) | |
| RICHARD BERNARD GRUNDY, III, | ) | -12 |
| a/k/a White Boy, | ) | |
| GILBERTO VIZCARRA-MILLAN, | ) | -13 |
| a/k/a G, | ) | |
| MARIO EDUADO VILLASENOR, | ) | -14 |
| EZELL NEVILLE, | ) | -15 |
| a/k/a Bo, | ) | |
| CHRISTOPHER D. BRADFORD, | ) | -16 |
| UNDRAE MOSEBY, | ) | -17 |
| a/k/a Soundrae Evans, | ) | |
| EMILIO MITCHELL, II, | ) | -18 |
| a/k/a Loaf, | ) | |
| THOMAS BULLOCK, | ) | -19 |
| MARK T. WILLIAMS, | ) | -20 |
| a/k/a Savage, | ) | |
| ISIAH T. FINCH, | ) | -21 |
| a/k/a Fluff, | ) | |
| DION G. MADISON, | ) | -22 |
| a/k/a D, | ) | |
| FRANK S. EARLY, | ) | -23 |
| EMILIO MITCHELL, JR., and | ) | -24 |
| DAONA LE'ANN GHOLSTON, | ) | -25 |

Defendants,                                        )
                                                   )

## SUPERSEDING INDICTMENT

## COUNT ONE

### [Conspiracy to Distribute Methamphetamine – 21 U.S.C. § 846]

The Grand Jury charges that:

From on or about August 27, 2016 through November 17, 2017, in the Southern District of Indiana, Indianapolis Division, and elsewhere, MICHAEL HYATTE, LANCE L. HATCHER, JR., a/k/a Mont Mont, NATHANIEL DIXSON, a/k/a Dog, DEREK ATWATER, a/k/a Shorty, ROBERT LISENBY, JR., a/k/a Russ, JOHN E. BELL, SHEMILAH D. CROWE, JAMES O. BEASLEY, a/k/a Jake, RICHARD BERNARD GRUNDY, III, a/k/a White Boy, GILBERTO VIZCARRA-MILLAN, a/k/a G, MARIO EDUADO VILLASENOR, EZELL NEVILLE, a/k/a Bo, CHRISTOPHER D. BRADFORD, UNDRAE MOSEBY, a/k/a Soundrae Evans, EMILIO MITCHELL, II, a/k/a Loaf, THOMAS BULLOCK, MARK T. WILLIAMS, a/k/a Savage, ISIAH T. FINCH, a/k/a Fluff, DION G. MADISON, a/k/a D, FRANK S. EARLY, and EMILIO MITCHELL, JR., did knowingly and intentionally conspire together and with other persons, known and unknown to the Grand Jury, to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

### OBJECTS OF THE CONSPIRACY

The charged conspiracy had the following objects:

1.     The distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic controlled substance.

2.     The distribution of 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic controlled substance.

3.     The distribution of 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic controlled substance.

4.     The distribution of 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Non-Narcotic controlled substance.

## MANNER AND MEANS

The charged conspiracy operated in the following manner:

1.     RICHARD BERNARD GRUNDY, III, a/k/a White Boy ("GRUNDY"), a resident of Indianapolis, Indiana, was the leader of a drug trafficking organization that distributed methamphetamine, cocaine, heroin, and marijuana in Indianapolis.

2.     GILBERTO VIZCARRA-MILLAN, a/k/a G ("VIZCARRA-MILLAN"), a resident of Phoenix, Arizona, obtained methamphetamine, cocaine, heroin, and marijuana and supplied GRUNDY's organization with these controlled substances.  VIZCARRA-MILLAN also supplied EMILIO MITCHELL, II, a/k/a Loaf ("EMILIO MITCHELL") with methamphetamine and marijuana.

3.     MARIO EDUADO VILLASENOR ("VILLASENOR"), a resident of Phoenix, Arizona, assisted VIZCARRA-MILLAN with his drug trafficking activity by picking up the controlled substances from their sources, packaging the controlled substances for distribution, and transporting the controlled substances to various locations.

4.     EZELL NEVILLE, a/k/a Bo ("NEVILLE"), CHRISTOPHER D. BRADFORD ("BRADFORD"), UNDRAE MOSEBY, a/k/a Soundrae Evans ("MOSEBY"), and other individuals transported United States currency from Indianapolis to Phoenix at GRUNDY's direction.  While in Phoenix, NEVILLE, BRADFORD, MOSEBY, and the other individuals delivered the United States currency to VIZCARRA-MILLAN, obtained more controlled

3

substances for GRUNDY, and coordinated the shipment of these controlled substances from Phoenix to Indianapolis.

5.      LANCE L. HATCHER, JR., a/k/a Mont Mont ("HATCHER"), NEVILLE, EMILIO MITCHELL, THOMAS BULLOCK ("BULLOCK"), MARK T. WILLIAMS, a/k/a Savage, ("WILLIAMS"), and DAVID C. CARROLL ("CARROLL") distributed controlled substances for GRUNDY in the Indianapolis area.

6.      ISIAH T. FINCH, a/k/a Fluff ("FINCH") distributed methamphetamine for HATCHER in the Indianapolis area.

7.      DION MADISON, a/k/a D ("MADISON") distributed methamphetamine and heroin for NEVILLE in the Indianapolis area.  FRANK EARLY ("EARLY") distributed methamphetamine for NEVILLE in the Indianapolis area.

8.      EMILIO MITCHELL, JR. ("EMILIO MITCHELL JR.") transported methamphetamine and marijuana from Phoenix to Indianapolis for EMILIO MITCHELL and distributed methamphetamine and marijuana in the Indianapolis area for EMILIO MITCHELL.

9.      CARROLL supplied numerous individuals with methamphetamine for distribution, including HATCHER, NATHANIEL DIXSON, a/k/a Dog ("DIXSON"), DEREK ATWATER, a/k/a Shorty ("ATWATER"), ROBERT LISENBY, JR., a/k/a Russ ("LISENBY"), TORIN A. HARRIS ("HARRIS"), JOHN E. BELL ("BELL"), SHEMILAH D. CROWE ("CROWE"), and JAMES O. BEASLEY, a/k/a Jake ("BEASLEY").

10.      MICHAEL HYATTE ("HYATTE") stored drug proceeds for CARROLL at his apartment in the Constitution Gardens apartment complex located in Indianapolis.

11.     Throughout the conspiracy, the defendants used telephones to facilitate the drug trafficking operation.  The defendants spoke on telephones using code language to discuss their drug trafficking operation.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, that is to distribute methamphetamine, cocaine, heroin, and marijuana, the members of the conspiracy did commit, among others, the following overt acts:

1.     On January 18, 2017, NEVILLE possessed approximately one kilogram of cocaine on a Greyhound bus in Albuquerque, New Mexico.

2.     On January 19, 2017, HARRIS and CROWE possessed approximately one-half ounce of heroin, approximately one-eighth ounce of crack cocaine, a trace amount of methamphetamine, a firearm, and $215 in currency in Indianapolis, Indiana.

3.     On June 3, 2017, HATCHER delivered approximately one ounce of methamphetamine to FRANKIE RAY for redistribution.

4.     On June 23, 2017, at HATCHER's direction, CARROLL delivered two ounces of methamphetamine to FINCH for redistribution.

5.     On June 25, 2017, CARROLL agreed to provide HATCHER with two pounds of methamphetamine for distribution to another individual.

6.     On July 12, 2017, HATCHER directed DIXSON to front one ounce of heroin to NEVILLE.

7.     On July 21, 2017, CARROLL agreed to deliver one-half ounce of methamphetamine to DIXSON for distribution to another individual.

8.     On July 26, 2017, WILLIAMS offered to front methamphetamine to CARROLL.

9.     Prior to August 1, 2017, GRUNDY, NEVILLE, EMILIO MITCHELL, CARROLL, and other individuals pooled approximately $84,500 in drug proceeds to acquire a shipment of methamphetamine and marijuana from Phoenix, Arizona.  The money was given to BRADFORD and DAONA LE'ANN GHOLSTON ("GHOLSTON") to transport to Phoenix via a Greyhound bus, where BRADFORD would use the money to acquire the methamphetamine and marijuana from VIZCARRA-MILLAN.  On August 1, 2017, BRADFORD and GHOLSTON possessed approximately $84,500 in drug proceeds on a Greyhound bus in Albuquerque, New Mexico.

10.     On August 2, 2017, CARROLL delivered approximately two ounces of methamphetamine to LISENBY for redistribution.

11.     On August 9, 2017, HYATTE maintained some of CARROLL's drug proceeds at an apartment located at 3433 Central Avenue, Apartment A401, Indianapolis, Indiana.  On that date, CARROLL obtained some of these drug proceeds from HYATTE and used this money to purchase more methamphetamine.

12.     On August 9, 2017, GRUNDY delivered methamphetamine to CARROLL outside of the Constitution Gardens apartment complex in Indianapolis.

13.     On August 9, 2017, CARROLL delivered approximately nine ounces of methamphetamine to HARRIS for redistribution.

14.     On August 9, 2017, CARROLL delivered approximately one ounce of methamphetamine to BELL for redistribution.

15.     On August 10, 2017, CARROLL delivered approximately twelve ounces of methamphetamine to ATWATER for redistribution.

16.     On August 11, 2017, HATCHER delivered approximately one pound of methamphetamine to EMILIO MITCHELL.

17.     On August 15, 2017, NEVILLE delivered approximately one ounce of methamphetamine to an individual known to the Grand Jury ("Individual #1") at a residence located at 2105 Medford Avenue in Indianapolis.

18.     On August 15, 2017, MADISON possessed approximately two ounces of heroin for distribution at a residence located at 2105 Medford Avenue in Indianapolis.

19.     On August 18, 2017, NEVILLE delivered approximately two ounces of methamphetamine and three grams of heroin to Individual #1 around Medford Avenue in Indianapolis.

20.     On August 24, 2017, NEVILLE delivered approximately two ounces of methamphetamine and six grams of heroin to Individual #1 at a residence located at 2122 Medford Avenue in Indianapolis.

21.     On August 24, 2017, CARROLL delivered approximately one ounce of methamphetamine to CROWE for redistribution.

22.     On September 7, 2017, NEVILLE delivered approximately four ounces of methamphetamine to Individual #1 inside of an apartment complex located at 3025 North Meridian Street in Indianapolis.

23.     On September 10, 2017, CARROLL delivered approximately seven ounces of methamphetamine to BEASLEY for redistribution.

24.     On September 11, 2017, CARROLL delivered approximately three ounces of methamphetamine for BEASLEY for redistribution.

25. On September 11, 2017, BEASLEY possessed approximately four and one quarter ounces of methamphetamine in a vehicle located at North Sherman Drive and Nowland Avenue in Indianapolis and an additional three ounces of methamphetamine at a residence located at 4801 London Drive, Indianapolis.

26. On September 13, 2017, EMILIO MITCHELL JR. agreed to sell methamphetamine to another individual.

27. On September 19, 2017, at the direction of HATCHER, BULLOCK transported methamphetamine from a residence located at 4516 Riverbrook Lane in Indianapolis to the Constitution Gardens apartment complex in Indianapolis.

28. On September 20, 2017, GRUNDY and BULLOCK possessed approximately two pounds of methamphetamine at an apartment located at 3025 North Meridian Street, Apartment 602 in Indianapolis. Both GRUNDY and BULLOCK possessed firearms at the same time as they possessed the methamphetamine.

29. On September 20, 2017, BULLOCK delivered approximately two pounds of methamphetamine to NEVILLE at an apartment located at 3025 North Meridian Street, Apartment 602 in Indianapolis.

30. On September 20, 2017, NEVILLE delivered approximately eight ounces of methamphetamine and twelve grams of heroin to Individual #1 at an apartment located at 3025 North Meridian Street, Apartment 602 in Indianapolis.

31. On or about September 22, 2017, VIZCARRA-MILLAN coordinated the delivery of approximately seventy-five pounds of marijuana to EMILIO MITCHELL JR. in Phoenix, Arizona.

32.     On or about September 24, 2017, VILLASENOR drove EMILIO MITCHELL JR. to the airport in Phoenix, Arizona with approximately seventy-five pounds of marijuana so that EMILIO MITCHELL JR. could fly back to Indianapolis with the marijuana.

33.     On September 25, 2017, EMILIO MITCHELL JR. attempted to transport approximately 75 pounds of marijuana from Phoenix to Indianapolis for distribution via American Airlines.

34      On September 25, 2017, HATCHER, BULLOCK, and two other individuals possessed morphine pills and a firearm in Cincinnati, Ohio.  HATCHER also possessed approximately $6,000 in currency.

35.     On October 4, 2017, BULLOCK delivered a controlled substance to another individual at the BP gas station located at 37 38th Street in Indianapolis.  BULLOCK conducted the transaction inside of a red Nissan Rogue that was rented by GRUNDY.

36.     On October 5, 2017, BULLOCK and HATCHER discussed methamphetamine that BULLOCK had stored at NEVILLE's residence.

37.     On October 25, 2017, MADISON delivered approximately two ounces of methamphetamine to Individual #1 at a McDonald's restaurant located at 1611 North Meridian Street in Indianapolis.

38.     From on or about October 25, 2017 through October 27, 2017, MOSEBY transported drug proceeds from Indianapolis to Phoenix on a Greyhound bus.

39.     On or about October 29, 2017, another individual posted a video to his Facebook account that showed himself, GRUNDY, BULLOCK, and a fourth individual with large amounts of currency in their possession.

40.     On November 3, 2017, GRUNDY posted a video to his Facebook account during which he threatened to kill people who cooperated with the federal government in criminal investigations.

41.     On November 3, 2017, EARLY and NEVILLE delivered approximately one ounce of methamphetamine to Individual #1 near a residence located at 2105 Medford Avenue in Indianapolis.

42.     On November 13, 2017, NEVILLE delivered approximately one ounce of heroin to Individual #1 at 2105 Medford Avenue in Indianapolis.

43.     On November 17, 2017, ATWATER possessed approximately one-half ounce of methamphetamine, $4,134 in currency, two digital scales, and ammunition at a residence located at 2235 Martin Luther King Jr. Boulevard in Indianapolis.

44.     On November 17, 2017, GRUNDY, HATCHER, MOSEBY, BULLOCK, and NEVILLE possessed approximately ten grams of heroin, three digital scales, over $8,000 in currency, and four firearms at a residence located at 3009 Metz Court in Indianapolis.

45.     On November 17, 2017, VIZCARRA-MILLAN possessed methamphetamine, a firearm, ammunition, digital scales, and $1,220 in currency at a residence located at 1818 North 88th Avenue in Phoenix, Arizona.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

### [Continuing Criminal Enterprise – 21 U.S.C. §§ 848(a), (b)]

The Grand Jury further charges that:

Beginning on or about August 27, 2016 and continuing up to and including November 17, 2017, in the Southern District of Indiana, Indianapolis Division, and elsewhere, RICHARD BERNARD GRUNDY, III, a/k/a White Boy, did knowingly, intentionally, and unlawfully engage in a continuing criminal enterprise, in that the defendant knowingly, intentionally, and unlawfully violated Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, which violations were part of a continuing series of violations of the Controlled Substances Act, Title 21, United States Code, Section 801, *et seq.*, that involved at least ten kilograms of a mixture or substance containing a detectable amount of methamphetamine, were undertaken by the defendant in concert with at least five other persons with respect to whom the defendant occupied a position of management, from which the defendant obtained substantial income and resources, and that the defendant was a principal leader of the enterprise.

The continuing series of violations committed by GRUNDY include, but are not limited to, the following felony violations of the Controlled Substances Act:

1.     In or around April 2017, GRUNDY delivered approximately one pound of methamphetamine to CARROLL for redistribution

2.     On or about August 1, 2017, GRUNDY attempted to possess controlled substances with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1); to-wit, GRUNDY organized the efforts of several individuals to pool their money to acquire methamphetamine and marijuana from Phoenix, Arizona.  The pooled money was

provided to Christopher D. Bradford and Daona Le'Ann Gholston in Indianapolis to transport to Phoenix to purchase the methamphetamine and marijuana.

    3.    On August 9, 2017, GRUNDY delivered methamphetamine to David C. Carroll outside of the Constitution Gardens apartment complex in Indianapolis, in violation of Title 21, United States Code, Section 841(a)(1).

    4.    On September 20, 2017, GRUNDY possessed methamphetamine with intent to distribute at an apartment located at 3025 North Meridian Street, Apartment 602 in Indianapolis, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

    All in violation of Title 21, United States Code, Sections 848(a) and (b).


## COUNT THREE

### [Possession of Heroin With Intent to Distribute – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about January 19, 2017, within the Southern District of Indiana, Indianapolis Division, SHEMILAH D. CROWE did knowingly and intentionally possess with intent to distribute heroin, a Schedule I, Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

### [Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about June 23, 2017, within the Southern District of Indiana, Indianapolis Division, ISIAH T. FINCH, a/k/a Fluff, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

### [Unlawful Use of Communication Facility – 21 U.S.C. § 843(b)]

The Grand Jury further charges that:

On or about July 26, 2017, within the Southern District of Indiana, Indianapolis Division, MARK T. WILLIAMS, a/k/a Savage, did knowingly and intentionally use a communication facility in facilitating the commission of an act constituting a felony under the Controlled Substances Act; to-wit, WILLIAMS communicated with David C. Carroll via cellular telephone and offered to deliver methamphetamine to Carroll, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## COUNT SIX

### [Distribution of Methamphetamine – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about August 9, 2017, within the Southern District of Indiana, Indianapolis Division, RICHARD BERNARD GRUNDY, III, a/k/a White Boy, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

### [OMITTED]

## COUNT EIGHT

### [Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about August 9, 2017, within the Southern District of Indiana, Indianapolis Division, JOHN E. BELL, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

### [Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about August 10, 2017, within the Southern District of Indiana, Indianapolis Division, DEREK ATWATER, a/k/a Shorty, did knowingly and intentionally possess with intent

14

to distribute 50 grams or more of methamphetamine (actual), a Schedule II, Non-Narcotic

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

### [Distribution of Methamphetamine – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about August 15, 2017, within the Southern District of Indiana, Indianapolis

Division, EZELL NEVILLE, a/k/a Bo, did knowingly and intentionally distribute 50 grams or

more of methamphetamine (actual), a Schedule II, Non-Narcotic controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN

### [Distribution of Methamphetamine – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about August 18, 2017, within the Southern District of Indiana, Indianapolis

Division, EZELL NEVILLE, a/k/a Bo, did knowingly and intentionally distribute 50 grams or

more of methamphetamine (actual), a Schedule II, Non-Narcotic controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWELVE

### [Distribution of Heroin – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about August 18, 2017, within the Southern District of Indiana, Indianapolis

Division, EZELL NEVILLE, a/k/a Bo, did knowingly and intentionally distribute a mixture or

substance containing a detectable amount of heroin, a Schedule I, Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN

### [Distribution of Methamphetamine – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about August 24, 2017, within the Southern District of Indiana, Indianapolis Division, EZELL NEVILLE, a/k/a Bo, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOURTEEN

### [Distribution of Heroin – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about August 24, 2017, within the Southern District of Indiana, Indianapolis Division, EZELL NEVILLE, a/k/a Bo, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I, Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIFTEEN

### [Distribution of Methamphetamine – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about September 7, 2017, within the Southern District of Indiana, Indianapolis Division, EZELL NEVILLE, a/k/a Bo, did knowingly and intentionally distribute 50 grams or

more of methamphetamine (actual), a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIXTEEN

**[Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]**

The Grand Jury further charges that:

On or about September 11, 2017, within the Southern District of Indiana, Indianapolis Division, JAMES O. BEASLEY, a/k/a Jake, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II, Non-Narcotic controlled substance; to-wit, BEASLEY possessed 50 grams or more of actual methamphetamine with intent to distribute inside of a vehicle located at North Sherman Drive and Nowland Avenue in Indianapolis, Indiana.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVENTEEN

**[Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]**

The Grand Jury further charges that:

On or about September 11, 2017, within the Southern District of Indiana, Indianapolis Division, JAMES O. BEASLEY, a/k/a Jake, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II, Non-Narcotic controlled substance; to-wit, BEASLEY possessed 50 grams or more of actual methamphetamine with intent to distribute inside of a residence located at 4801 London Drive in Indianapolis, Indiana.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHTEEN

**[Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]**

The Grand Jury further charges that:

On or about September 20, 2017, within the Southern District of Indiana, Indianapolis Division, RICHARD BERNARD GRUNDY, III, a/k/a White Boy, and THOMAS BULLOCK did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT NINETEEN

**[Distribution of Methamphetamine – 21 U.S.C. § 841(a)(1)]**

The Grand Jury further charges that:

On or about September 20, 2017, within the Southern District of Indiana, Indianapolis Division, EZELL NEVILLE, a/k/a Bo, did knowingly and intentionally possess with intent to distribute and distribute 50 grams or more of methamphetamine (actual), a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY

### [Distribution of Methamphetamine – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about October 25, 2017, within the Southern District of Indiana, Indianapolis Division, DION G. MADISON, a/k/a D, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-ONE

### [Distribution of Methamphetamine – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about November 3, 2017, within the Southern District of Indiana, Indianapolis Division, FRANK S. EARLY and EZELL NEVILLE, a/k/a Bo, did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-TWO

### [Distribution of Heroin – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about November 13, 2017, within the Southern District of Indiana, Indianapolis Division, EZELL NEVILLE, a/k/a Bo, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I, Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-THREE

**[Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]**

The Grand Jury further charges that:

On or about November 17, 2017, within the Southern District of Indiana, Indianapolis

Division, DEREK ATWATER, a/k/a Shorty, did knowingly and intentionally possess with intent

to distribute a mixture or substance containing a detectable amount of methamphetamine, a

Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code,

Section 841(a)(1).

## COUNT TWENTY-FOUR

**[Conspiracy to Launder Monetary Instruments – 18 U.S.C. § 1956(h)]**

The Grand Jury further charges that:

From in or around late July 2017 through on or about August 2, 2017, in the Southern

District of Indiana, Indianapolis Division, and elsewhere, RICHARD BERNARD GRUNDY, III,

a/k/a White Boy, EZELL NEVILLE, a/k/a Bo, CHRISTOPHER D. BRADFORD, and DAONA

LE'ANN GHOLSTON, did knowingly combine, conspire, and agree with each other and with

other persons known and unknown to the Grand Jury to knowingly conduct financial transactions

affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that

is the distribution of controlled substances, with the intent to promote the carrying on of

specified unlawful activity, that is the distribution of controlled substances, and that while

conducting such financial transactions knew that the property involved in the financial

transactions represented the proceeds of some form of unlawful activity, in violation of Title 18,

United States Code, Section 1956(a)(1)(A)(i).

20

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, that is to launder monetary instruments, the members of the conspiracy did commit, among others, the following overt acts:

1.      Prior to August 1, 2017, RICHARD BERNARD GRUNDY, III, a/k/a White Boy, EZELL NEVILLE, a/k/a Bo, David Carroll, and other individuals pooled their money with other methamphetamine traffickers to acquire a large shipment of methamphetamine from Phoenix, Arizona.  The pooled money was provided to CHRISTOPHER D. BRADFORD ("BRADFORD") and DAONA LE'ANN GHOLSTON ("GHOLSTON") to transport to Phoenix, Arizona on a Greyhound bus, where BRADFORD and GHOLSTON would use the money to purchase methamphetamine and marijuana.

2.      On August 1, 2017, BRADFORD and GHOLSTON possessed approximately $84,500 in currency on a Greyhound bus in Albuquerque, New Mexico.

All in violation of Title 18, United States Code, Section 1956(h).


## COUNT TWENTY-FIVE

### [Distribution of Methamphetamine – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about July 23, 2018, within the Southern District of Indiana, Indianapolis Division, ISIAH T. FINCH, a/k/a Fluff, did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

1.      The allegations in Counts One through Twenty-Five of this Superseding

Indictment are realleged as if fully set forth here, for the purpose of giving the defendants notice

of the United States' intent to seek forfeiture pursuant to Title 21, United States Code, Section

853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2.      If convicted of the offenses set forth in Counts One through Twenty-Five of this

Superseding Indictment, MICHAEL HYATTE, LANCE L. HATCHER, JR., a/k/a Mont Mont,

NATHANIEL DIXSON, a/k/a Dog, DEREK ATWATER, a/k/a Shorty, ROBERT LISENBY,

JR., a/k/a Russ, JOHN E. BELL, SHEMILAH D. CROWE, JAMES O. BEASLEY, a/k/a Jake,

RICHARD BERNARD GRUNDY, III, a/k/a White Boy, GILBERTO VIZCARRA-MILLAN,

a/k/a G, MARIO EDUADO VILLASENOR, EZELL NEVILLE, a/k/a Bo, CHRISTOPHER D.

BRADFORD, UNDRAE MOSEBY, a/k/a Soundrae Evans, EMILIO MITCHELL, II, a/k/a Loaf,

THOMAS BULLOCK, MARK T. WILLIAMS, a/k/a Savage, ISIAH T. FINCH, a/k/a Fluff,

DION G. MADISON, a/k/a D, FRANK S. EARLY, EMILIO MITCHELL, JR., and DAONA

LE'ANN GHOLSTON shall forfeit to the United States any and all property constituting or

derived from any proceeds the defendants obtained directly or indirectly as a result of the

offenses of which he or she is convicted, and any and all property used or intended to be used in

any manner or part to commit and to facilitate the commission of the offenses of which he or she

is convicted.

3.      If convicted of the offenses set forth in Counts One through Twenty-Five of this

Superseding Indictment, MICHAEL HYATTE, LANCE L. HATCHER, JR., a/k/a Mont Mont,

NATHANIEL DIXSON, a/k/a Dog, DEREK ATWATER, a/k/a Shorty, ROBERT LISENBY,

JR., a/k/a Russ, JOHN E. BELL, SHEMILAH D. CROWE, JAMES O. BEASLEY, a/k/a Jake,

RICHARD BERNARD GRUNDY, III, a/k/a White Boy, GILBERTO VIZCARRA-MILLAN,

a/k/a G, MARIO EDUADO VILLASENOR, EZELL NEVILLE, a/k/a Bo, CHRISTOPHER D.

BRADFORD, UNDRAE MOSEBY, a/k/a Soundrae Evans, EMILIO MITCHELL, II, a/k/a Loaf,

THOMAS BULLOCK, MARK T. WILLIAMS, a/k/a Savage, ISIAH T. FINCH, a/k/a Fluff,

DION G. MADISON, a/k/a D, FRANK S. EARLY, EMILIO MITCHELL, JR., and DAONA

LE'ANN GHOLSTON shall also forfeit to the United States, pursuant to Title 18, United States

Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or

ammunition involved in or used in any of the offenses of which

23

he or she is convicted.

A TRUE BILL:

_____

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____

Bradley A. Blackington
Assistant United States Attorney

24