UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,  )
                            )
            Plaintiff,      )
                            )
       V.                   )   1:17-cr-222-JMS-TAB-12
                            )
RICHARD BERNARD GRUNDY, III )
a/k/a White Boy             )
                            )
            Defendant.      )

## PENALTY SHEET

You have been charged in a Superseding Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 846 Conspiracy to Distribute Methamphetamine | 10-Life | $10,000,000.00 | NLT 5 years |
| 2 | 21 U.S.C. §§ 848(a), (b) Continuing Criminal Enterprise | Life | $2,000,000.00 | |
| 6 | 21 U.S.C. § 841(a)(1) Distribution of Methamphetamine | 10-Life | $10,000,000.00 | NLT 5 years |
| 18 | 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 Possession of Methamphetamine with Intent To Distribute | 10-Life | $10,000,000 | NLT 5 years |
| 24 | 18 U.S.C. § 1956(h) Conspiracy to Launder Monetary Instruments | NMT 20 years | $500,000.00 or the value of the funds involved in the transfers, whichever is greater | NMT 3 years |

Dated: _____     _____
                                                  Richard Bernard Grundy, III,
                                                  a/k/a White Boy
                                                  Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

                                                  _____
                                                  United States Magistrate Judge
                                                  Southern District of Indiana