UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANCE L. HATCHER, JR., | ) | NO. 1:17-cr-0222-JMS-TAB-03 |
| a/k/a Mont Mont, | ) | |
| DEREK ATWATER, | ) | -06 |
| a/k/a Shorty, | ) | |
| SHEMILAH D. CROWE, | ) | -10 |
| JAMES O. BEASLEY, | ) | -11 |
| a/k/a Jake, | ) | |
| RICHARD BERNARD GRUNDY, III, | ) | -12 |
| a/k/a White Boy, | ) | |
| GILBERTO VIZCARRA-MILLAN, | ) | -13 |
| a/k/a G, | ) | |
| EZELL NEVILLE, | ) | -15 |
| a/k/a Bo, | ) | |
| CHRISTOPHER D. BRADFORD, | ) | -16 |
| UNDRAE MOSEBY, | ) | -17 |
| a/k/a Soundrae Evans, | ) | |
| MARK T. WILLIAMS, | ) | -20 |
| a/k/a Savage, and | ) | |
| ISIAH T. FINCH, | ) | -21 |
| a/k/a Fluff, | ) | |
| | ) | |
| Defendants | ) | |

**JOINT PROPOSED CASE MANAGEMENT PLAN**

Comes now the United States of America, by counsel, Josh J. Minkler, United States Attorney, and Bradley A. Blackington, Senior Litigation Counsel, and the defendants, by and through their attorneys, and files this Joint Proposed Case Management Plan.

| Item | Description | Deadline |
|---|---|---|
| Filing of motions that must be filed before trial, if at all | Any motion listed in Fed. R. Crim. Pro. 12(b)(3), except for a motion for discovery | 2/4/2019 |
| Filing of motions to change venue or division | *See* Fed. R. Crim. Pro. 18, 21. | 2/4/2019 |
| Filing of notice of certain defenses | Any defenses specified in Fed. R. Crim. Pro. 12.1, 12.2, or 12.3. | 2/4/2019 |
| Government's pre-trial disclosure (non-expert) | All information subject to disclosure under Fed. R. Crim. Pro. 16(a)(1)(A)-(F). | 1/28/2019 |
| Government's pre-trial disclosure (expert) | Expert information subject to disclosure under Fed. R. Crim. Pro. 16(a)(1)(G) | 1/28/2019 |
| Defendant's pre-trial disclosure (non-expert) | All information subject to disclosure under Fed. R. Crim. Pro. 16(b)(1)(A)-(B). | 2/11/2019 |
| Defendant's pre-trial disclosure (expert) | Expert information subject to disclosure under Fed. R. Crim. Pro. 16(b)(1)(C) | 2/11/2019 |
| Filing of notice of Rule 404(b) Evidence | If the Government intends to offer evidence of other crimes, wrongs, or acts at trial, the Government must file a notice setting forth the nature of such evidence and the purpose(s) for which it will be offered. | 2/11/2019 |
| Transcripts of wiretaps | If the Government intends to introduce into evidence transcripts of wiretaps at trial as part of its case-in-chief, it must provide the defense with copies of those transcripts. | 5/27/2019 |
| Counter-designations of | If the defense intends to introduce additional wiretap transcripts as part | 6/10/2019 |

| | | |
|---|---|---|
| wiretaps | of the defense case-in-chief, the defense must provide the Government with copies of those transcripts. | |
| Motions for additional discovery or inspection | If, despite having first met and conferred, the parties are unable to resolve disputes about additional information that must be exchanged, they may file a motion for the Court's ruling. | 2/25/2019 |
| Filing of Government's trial witness and exhibit list | A list of witnesses whom the Government intends to call and the exhibits it intends to introduce as part of its case in chief | 7/1/2019 |
| Filing of the defense's trial witness and exhibit lists | A list of witnesses whom the defense intends to call and exhibits it intends to introduce as part of the defense case in chief | 7/5/2019 |
| Filing of any *Santiago* proffers. | The date by which the Government must file any *Santiago* proffer. | 7/1/2019 |
| Objections to *Santiago* proffers. | The date by which any party who objects to the sufficiency of the *Santiago* proffer must file a written objection. | 7/5/2019 |
| Filing of motions in limine | If any party desires a pre-trial evidentiary ruling, the party may move for it in limine. | 7/5/2019 |
| Filing of responses to motions in limine | The date by which the response brief, if any, is due, to motions in limine | 7/8/2019 |
| Filing of stipulations | The parties are encouraged to stipulate to the extent possible, consistent with counsel's professional obligations.  Stipulations must be signed and filed. | N/A |
| Final pretrial conference | | 6/26/2019 at 9:00 AM |
| Trial | | 7/8/2019 at 9:00 AM |

Respectfully submitted,

JOSH J. MINKLER
UNITED STATES ATTORNEY

By: *s/Bradley A. Blackington*

Bradley A. Blackington
Senior Litigation Counsel


*s/Jessie A. Cook*
Jessie A. Cook
Attorney for Lance L. Hatcher, Jr.

*s/Joshua S. Moudy*
Joshua S. Moudy
Attorney for Derek Atwater


*H. Samuel Ansell*
H. Samuel Ansell
Attorney for Shemilah D. Crowe


*Theodore J. Minch*
Theodore J. Minch
Attorney for James O. Beasley


*Kenneth L. Riggins*
Kenneth L. Riggins
Attorney for Richard Grundy, III


*John T. Tennyson*
John T. Tennyson
Attorney for Gilberto Vizcarra-Millan

*Thomas A. Brodnik*
Thomas A. Brodnik
Attorney for Ezell Neville


*Maria G. Thompson*
Maria G. Thompson
Attorney for Undrae Moseby


*James C. McKinley*
James C. McKinley
Attorney for Mark T. Williams


*John A. Kesler, II*
John A. Kesler, II
Attorney for Isiah T. Finch

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **November 15, 2018**, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Bradley A. Blackington*
_____
Bradley A. Blackington
United States Attorney's Office
10 W. Market St., Suite 2100
Indianapolis, IN   46204
Phone:   (317) 226-6333
Fax:   (317) 226-6125
E-mail: bradley.blackington@usdoj.gov